UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19CR4419-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO ADVANCE SENTENCING HEARING** |
| CLEMENTE BERNAL-SANTIAGO, | |
| Defendant. | |

Upon Joint Motion of the Parties to advance the sentencing hearing, IT IS HEREBY ORDERED that the motion is **GRANTED**. The Parties waive the Criminal History report, and defendant Clemente Bernal-Santiago's sentencing date is advanced from March 2, 2020 at 10:00 a.m., to **January 21, 2020 at 10:30 a.m.**

**IT IS SO ORDERED.**

DATED: January 14, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE